**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| NAVIENT SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KROHN & MOSS, LTD.; ADAM KROHN; ADAM HILL; LAW OFFICES OF RYAN LEE, PLLC; RYAN LEE; NATIONAL CONSUMER ADVOCATES, INC.; DOUG JOHNSON; MICHAEL BIANCONE; MB INVESTMENTS & CONSULTING; JOHN DOES #1-20, <br><br> Defendants. | Case No. 1:17-cv-01178-LMB-TCB |

## STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and 41(a)(1)(A)(ii), Plaintiff Navient Solutions, LLC ("NSL") dismisses defendants Krohn & Moss, Ltd., Adam Krohn, and Adam Hill (collectively, "K&M") only, with prejudice, from all claims in the above-captioned action. All parties who have appeared in this action have joined in this stipulation of dismissal. In support of the partial dismissal, NSL states as follows:

1.      NSL and K&M conducted a settlement conference in this case on March 7, 2018, which continued on March 19, 2018. In connection with the settlement conference, NSL and K&M entered into a confidential settlement agreement, which has been finalized and executed.

2.      Pursuant to that confidential settlement agreement, NSL agreed to dismiss all claims against K&M in this action with prejudice. Therefore, NSL respectfully requests that the Court enter an Order dismissing this action with prejudice as to K&M only.

Dated: April 25, 2018

Respectfully submitted,

*/s/ Jeffrey R. Hamlin*_____
Jeffrey R. Hamlin
George R. Calhoun V
James M. Trusty
IFRAH PLLC
1717 Pennsylvania Avenue NW
Suite 650
Washington, DC 20006-2004
(202) 600-2076
Fax: (509) 749-7057
jhamlin@ifrahlaw.com
george@ifrahlaw.com
jtrusty@ifrahlaw.com

*Counsel for Plaintiff Navient Solutions, LLC*

*Agreed and stipulated to:*

*/s/ Richard A. Simpson*_____
Richard A. Simpson
Charles C. Lemley
Edward R. Brown
Wiley Rein LLP
1776 K Street, NW
Washington, DC  20006
(202) 719-7000 Telephone
(202) 719-7049 Facsimile
Email: rsimpson@wileyrein.com
clemley@wileyrein.com
erbrown@wileyrein.com
*Counsel for Defendants Krohn & Moss, Ltd., Adam Krohn, and Adam Hill*

*/s/ Harry Robert Yates, III*_____
Harry Robert Yates, III
Laura Elizabeth Kight Musick
Michael Earl Barnsback
O'Hagan Meyer PLLC
2560 Huntington Avenue
Suite 204
Alexandria, VA 22303
(804) 403-7100 Telephone
(804) 403-7110 Facsimile
Email: ryates@ohaganmeyer.com
lmusick@ohaganmeyer.com

mbarnsback@ohaganmeyer.com
*Counsel for Law Offices of Ryan Lee, PLLC and Ryan Lee*

*/s/ Kellie Maxine Louise Budd*_____
Kellie Maxine Louise Budd
Doumar Martin PLLC
1530 Wilson Blvd, Suite 430
Arlington, VA 22209
(703) 243-3737 Telephone
(703) 524-7610 Facsimile
Email: kbudd@doumarmartin.com
*Counsel for Michael B. Biancone and MB Investments & Consulting, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2018, I caused a true copy of the foregoing

to be served by email on the parties below:

Richard A. Simpson
Charles C. Lemley
Edward R. Brown
Wiley Rein LLP
1776 K Street, NW
Washington, DC  20006
(202) 719-7000 Telephone
(202) 719-7049 Facsimile
Email: rsimpson@wileyrein.com
clemley@wileyrein.com
erbrown@wileyrein.com

*Counsel for Defendants Krohn & Moss,*
*Ltd., Adam Krohn, and Adam Hill*

Kellie Maxine Louise Budd
Doumar Martin PLLC
1530 Wilson Blvd, Suite 430
Arlington, VA 22209
(703) 243-3737 Telephone
(703) 524-7610 Facsimile
Email: kbudd@doumarmartin.com

*Counsel for Michael B. Biancone and MB*
*Investments & Consulting, LLC*

Harry Robert Yates, III
Laura Elizabeth Kight Musick
Michael Earl Barnsback
O'Hagan Meyer PLLC
2560 Huntington Avenue
Suite 204
Alexandria, VA 22303
(804) 403-7100 Telephone
(804) 403-7110 Facsimile
Email: ryates@ohaganmeyer.com
lmusick@ohaganmeyer.com
mbarnsback@ohaganmeyer.com

*Counsel for Law Offices of Ryan Lee, PLLC*
*and Ryan Lee*

By:  */s/ Jeffrey Robin Hamlin*
Jeffrey Robin Hamlin